UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DISTRICT

NO. 5:14-CR-204-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | ORDER TO REASSIGN |
| | : | |
| DEXTER DEWAYNE BATTLE | : | |

THIS MATTER is before the Court on Government's Motion to Reassign the above-captioned case from Judge Flanagan to Judge Howard. For good cause shown, the motion is GRANTED.

SO ORDERED this the 3rd day of October, 2014.

_____
Honorable Louise W. Flanagan
UNITED STATES DISTRICT JUDGE