IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-204-H

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| DEXTER DEWAYNE BATTLE, ) | **ORDER** |
| ) | |
| Defendant. ) | |

Upon joint motion of the Office of the Federal Public Defender and the United States Attorney's Office, and for good cause shown, the arraignment and sentencing hearings will be scheduled for the court's March 10, 2015 term, before Senior Judge Malcolm J. Howard, in Greenville, North Carolina.

It is further ordered that any delay that results from this continuance is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.

This 23rd day of February 2015.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, N.C.
jh